UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

HERMAN TAYLOR, SR.                                                                                           PLAINTIFF

v.                                                        CIVIL ACTION NO.  3:16-cv-00084-DPJ-FKB

BRANDON NURSING AND
REHABILITATION CENTER, LLC;
AND JOHN AND JANE DOES 1–10                                                           DEFENDANTS

**AGREED ORDER COMPELLING ARBITRATION**

**THIS CAUSE** is before the Court on Defendant's Motion to Compel Arbitration [Dkt. No. 9] and the associated briefing.  After this Court conducted a hearing on this matter, the parties reached an agreement on the cost-sharing provision of the arbitration agreement and therefore have agreed to arbitrate this dispute.  Accordingly, the Court finds that Defendant's Motion to Compel Arbitration should be granted.

**IT IS THEREFORE ORDERED** that the dispute between these parties is submitted to binding arbitration, and this Court retains jurisdiction only to the extent necessary to enforce the result of arbitration.

**SO ORDERED AND ADJUDGED** this the 2nd day of March, 2017.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:


*/s Mike Saltaformaggio*
Mike Saltaformaggio (MSB# 104000)
ATTORNEY FOR PLAINTIFF



*/s Sterling Kidd*
Bradley W. Smith (MSB# 9834)
D. Sterling Kidd (MSB# 103670)
ATTORNEYS FOR DEFENDANTS